Decided June 13, 1995

FEDERAL DEPOSIT INSURANCE CORPORATION *v.*
STEPHEN C. BOMBERO

The defendant's petition for certification for appeal from the Appellate Court, 37 Conn. App. 764 (AC 12074), is granted, limited to the following issue:

"In the circumstances of this case, did the Appellate Court properly affirm the discharge of the lien of a judgment lienholder who had mistakenly been omitted from foreclosure proceedings?"

The Supreme Court docket number is SC 15285.

*Robert C. Pinciaro,* in support of the petition.

*Alexander H. Schwartz* and *Monte E. Frank,* in opposition.

Decided June 13, 1995